NUMBER
13-10-00169-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

BLUE FISH WORX, L.P.,
                                                             Appellant,

 

                                                             v.

 

AMERICAN EXPRESS
TRAVEL RELATED 

SERVICES COMPANY,
INC.,                                                         Appellee. 

____________________________________________________________

 

                             On
appeal from the 9th District Court 

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before
Justices Yañez, Rodriguez, and Garza 

Memorandum Opinion
Per Curiam

 








Appellant,
Blue Fish Worx, L.P., perfected an appeal from a judgment entered by the 9th
District Court of Montgomery County, Texas, in cause number 09-07-07149-CV. 
The parties have filed an agreed motion to dismiss the appeal on grounds the
parties have entered into a settlement.  The parties request that this Court
dismiss the appeal. 

The
Court, having considered the documents on file and the agreed motion to
dismiss, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The agreed motion
to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will be taxed
against appellant. See Tex. R.
App. P. 42.1(d) ("Absent agreement of the parties, the court will
tax costs against the appellant.").  Having dismissed the appeal at the
parties= request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

27th day of May, 2010.